UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                         Plaintiff

v.

HAROLD KLUMP,

                         Defendant.

**ORDER**

03-CR-055

---

On May 22, 2015, counsel representing defendant in connection with defendant's eligibility for executive clemency filed an unopposed motion for leave to obtain and review documents that were filed under seal or otherwise unavailable to the public through PACER. Defendant's counsel also requested permission to redisclose the Presentence Report and any related addenda to the Screening Committee and Steering Committee of the Clemency Project 2014, and to the Office of the Pardon Attorney should a petition for clemency be filed.

Provided that the documents requested are used only for the limited purpose of assessing whether defendant qualifies for executive clemency, and that the Presentence Report is redisclosed only to the Screening Committee and Steering Committee of the Clemency Project 2014, and to the Office of the Pardon Attorney should a petition for clemency be filed, the motion for leave to obtain and review documents filed under seal and to redisclose the Presentence Report is hereby granted.

The Clerk's Office is instructed to provide a copy of the Presentence Report and any other documents filed under seal to defendant's counsel.

3

IT IS SO ORDERED.

_____
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

DATED: June 24, 2015